An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY SAIDE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JEROME T. TAO, DISTRICT JUDGE,
Respondents,
    and
CLARK COUNTY DISTRICT
ATTORNEY; AND THE STATE OF
NEVADA,
Real Parties in Interest.

No. 67030

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner challenges the validity of the Nevada Revised Statutes and seeks immediate release from custody. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

14-40554

cc: Hon. Jerome T. Tao, District Judge
Jay Saide
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk